

**Francisco J. Valenzuela**
Direct Dial: 972-860-0398
fvalenzuela@fhmbk.com
www.fhmbk.com

June 13, 2018

Mr. Lyle W. Cayce, Clerk
Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

> Re:  *Deanna J. Robinson vs. Hunt County, Texas, et. al.*
> Court of Appeals Cause No. 18-10238
> Our File No. 06963/28525

### <u>REQUEST FOR LEVEL 1 EXTENSION TO FILE BRIEF</u>

To the Honorable Clerk of the Fifth Circuit:

This letter is sent to request a level 1 extension of time for Appellees Hunt County, Texas, Sheriff Randy Meeks, Jeffery Haines, Destiny Tweedy, and Jacob Smith to file their brief in the above-referenced case. Currently, Appellees' brief is due to be filed June 20, 2018. Appellees are requesting a thirty (30) day extension of time until **July 20, 2018** to file their brief.

Appellees need additional time to file their brief due to Mr. Brandt, Appellees' lead counsel, recently suffering a death in his family, after Appellant file her brief, that has resulted in his being out of the office.

This is the first extension of time sought by Appellees in this case. Counsel for Appellant does not oppose this request for an extension of time. This request is not sought for delay but so that justice may be done.

Please contact the undersigned if you have questions or need additional information regarding this request for extension of time. I can be reached at 972-860-0398.

Sincerely,

*/s/ Francisco J. Valenzuela*

FRANCISCO J. VALENZUELA

578781

---

*Fanning Harper Martinson Brandt & Kutchin, P.C.   Attorneys and Counselors*
**Two Energy Square . 4849 Greenville Avenue . Suite 1300 . Dallas Texas . 75206 . P 214.369.1300 . F 214.987.9649**

June 13, 2018
Page | 2

cc:

JT Morris                              CM/ECF
JT Morris Law, PLLC
610 Brazos Street, Suite 320
Austin, Texas 78701

David D. Davis                         CM/ECF
Law Offices of David D. Davis
P.O. Box 542915
Grand Prairie, TX 75204